Daniel J. DiMuro
DDIMURO@GORDONREES.COM

Admitted In:  NJ, NY, & PA



Attorneys At Law
18 Columbia Turnpike, Suite 220
Florham Park, NJ 07932
Phone: (973) 549-2500
Fax: (973) 377-1911
WWW.GORDONREES.COM

March 27, 2020

**Via ECF**

Hon. Mary Kay Vyskocil, U.S.D.J.
United States District Court For
The Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    **Worthington v. JetSmarter, Inc.,** *et al.*
                **Civil Action No. 1:18-cv-12113**

Dear Judge Vyskocil:

      We represent Defendants JetSmarter, Inc. and David Sheriden (collectively, "Defendants") in this matter.  Pursuant to the Court's Opinion & Order dated October 7, 2019 (*see* Dkt. No. 33), please allow this joint letter to serve as a status update in connection with this matter.  Please note that at this time plaintiffs have yet to initiate arbitration proceedings.

      We thank Your Honor for your courtesies and attention to this matter.

                              Respectfully submitted,

                              */s/ Daniel J. DiMuro*

                              Daniel J. DiMuro

cc:    All Counsel of Record (via ECF)