DANIEL J. DIMURO
DDIMURO@GORDONREES.COM

Admitted In:  NJ, NY, & PA



ATTORNEYS AT LAW
18 COLUMBIA TURNPIKE, SUITE 220
FLORHAM PARK, NJ 07932
PHONE: (973) 549-2500
FAX: (973) 377-1911
WWW.GORDONREES.COM

August 28, 2020

**VIA ECF**

Hon. Mary Kay Vyskocil, U.S.D.J.
UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
500 Pearl Street
New York, New York 10007

      Re:    **Worthington v. JetSmarter, Inc.,** *et al.*
                **Civil Action No. 1:18-cv-12113**

Dear Judge Vyskocil:

      We represent Defendants JetSmarter, Inc. and David Sheriden (collectively, "Defendants") in this matter.  As directed by the Court, the parties hereby jointly submit this status letter.  Please note that the parties were able to amicably resolve their disputes and expect to submit documentation dismissing this action within the next thirty (30) days.

      We thank Your Honor for your courtesies and attention to this matter.

      Respectfully submitted,

      */s/ Daniel J. DiMuro*

      Daniel J. DiMuro

cc:    All Counsel of Record (via ECF)