UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/31/2020
```

JENNIFER WORTHINGTON,
ALEXANDRA WORTHINGTON, and
MASSIMO TASSAN-SOLET,

                Plaintiffs,

-against-

JETSMARTER, INC., DAVID SHERIDAN,
and JOHN DOES 1-4,

                Defendants.

1:18-cv-12113-MKV

ORDER OF
DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

It having been reported to this Court by the Parties [ECF #36] that this case has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **September 30, 2020**. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

**Date: August 31, 2020**
**New York, NY**

*[signature: Mary Kay Vyskocil]*
**MARY KAY VYSKOCIL**
**United States District Judge**